# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WELDING ENGINEERS LTD.** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 16-4850** |
| v. | : | |
| | : | |
| **NFM/WELDING ENGINEERS, INC.** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 26th day of November 2018, upon consideration of Plaintiff's *motion for summary judgment*, [ECF 57], Defendant's response in opposition, [ECF 64], and Plaintiff's Reply, [ECF 69], it is hereby **ORDERED** that Plaintiff's *motion for summary judgment* is **GRANTED**, *in part*, as follows:

(1) Plaintiff's motion is **GRANTED** as to its request at Count I for specific performance of the delivery of the relevant external documents;

(2) Plaintiff's motion is **GRANTED** as to Counts I, II, III, and VII of Defendant's counterclaims;

(3) Plaintiff's motion is **DENIED** as to its request at Count I for damages; and

(4) Plaintiff's motion is **DENIED** as to Counts IV, V, and VI of the counterclaims.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*