# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WELDING ENGINEERS LTD. | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 16-4850 |
| v. | : | |
| | : | |
| NFM/WELDING ENGINEERS, INC. | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 26th day of November 2018, upon consideration of the Defendant's *motion for summary judgment*, [ECF 58], Plaintiff's response in opposition, [ECF 61], and Defendant's Reply, [ECF 73], it is hereby **ORDERED** that Defendant's *motion for summary judgment* is **GRANTED**, *in part*, as follows:

(1) Defendant's motion is **GRANTED** as to Plaintiff's request at Count I for damages;

(2) Defendant's motion is **DENIED** as to Plaintiff's request at Count I for specific performance of the delivery of the relevant external documents; as to Count II of Plaintiff's complaint; and as to Counts I, II, and III of the counterclaims.

It is further **ORDERED** that Declaratory Judgment is entered in Defendant's favor as to Count V of the counterclaims, as follows:

(1) Plaintiff is not entitled to drawings of the vertical feeder; and

(2) Plaintiff must return to Defendant any drawings of the vertical feeder.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*